IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and<br>LG ELECTRONICS, INC.,<br><br>            Plaintiffs,<br><br>   v.<br><br>WHIRLPOOL CORPORATION,<br><br>            Defendant.<br>_____<br><br>WHIRLPOOL CORPORATION,<br>WHIRLPOOL PATENTS COMPANY,<br>WHIRLPOOL MANUFACTURING<br>CORPORATION, and MAYTAG<br>CORPORATION,<br><br>            Counterclaim Plaintiffs,<br>   v.<br><br>LG ELECTRONICS U.S.A., INC.,<br>LG ELECTRONICS, INC., and LG<br>ELECTRONICS MONTERREY MEXICO,<br>S.A., DE, CV,<br><br>            Counterclaim Defendants. | C. A. No. 08-234 (GMS)<br><br>Jury Trial Demanded |

## CORPORATE STATEMENT UNDER FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Whirlpool Corporation states that the following entities own more than 10% of its stock:

>FMR LLC
>82 Devonshire Street
>Boston MA 02109
>12.57% (9,532,290 shares)

RLF1-3278711-1

PRIMECAP Management Company
225 South Lake Avenue, #400
Pasadena, CA 91101
11.35% (8,606,155 shares)

Pzena Investment Management, LLC
120 West 45th Street, 20th Floor
New York, NY 10036
10.75% (8,150,633 shares)

Counterclaim Plaintiff Whirlpool Patents Company states that it is a wholly owned subsidiary of Whirlpool Corporation.

Counterclaim Plaintiff Whirlpool Manufacturing Corporation states that it is a wholly owned subsidiary of Whirlpool Corporation.

Counterclaim Plaintiff Maytag Corporation states that it is a wholly owned subsidiary of Whirlpool Corporation.

|  |  |
|---|---|
| OF COUNSEL:<br>Scott F. Partridge<br>Paul R. Morico<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002<br>(713) 229-1569<br>scott.partridge@bakerbotts.com<br>paul.morico@bakerbotts.com<br><br>Dated: May 1, 2008 | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br><br>*Attorneys For Defendant And Counterclaim Plaintiff Whirlpool Corporation And Counterclaim Plaintiffs Whirlpool Patents Company, Whirlpool Manufacturing Corporation And Maytag Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

I hereby certify that on May 1, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Richard L. Stroup
Andrew C. Sono
Parmanand K. Sharma
Walter D. Davis, Jr.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3278712-1