IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and<br>LG ELECTRONICS, INC.,<br><br>               Plaintiffs,<br><br>     v.<br><br>WHIRLPOOL CORPORATION,<br><br>               Defendant. | C.A. No. 08-234-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Richard L. Stroup, Andrew C. Sonu, Parmanand K. Sharma, Walter D. Davis, Jr., Charles H. Suh, Sarah J. Sladic, Plymouth D. Nelson, and Minjae Kang to represent the plaintiffs in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $200.00 is being submitted to cover the annual fee for the attorneys listed above.

                                               ASHBY & GEDDES

                                               /s/ *Tiffany Geyer Lydon*

                                               _____
                                               Steven J. Balick (I.D. #2114)
                                               John G. Day (I.D. #2403)
                                               Tiffany Geyer Lydon (I.D. #3950)
                                               500 Delaware Avenue, 8th Floor
                                               P.O. Box 1150
                                               Wilmington, DE 19899
                                               302-654-1888
                                               sbalick@ashby-geddes.com
                                               jday@ashby-geddes.com
                                               tlydon@ashby-geddes.com

                                               *Attorneys for Plaintiffs*

Dated: May 8, 2008

{00214284;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and<br>LG ELECTRONICS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　　Defendant. | )<br>)<br>) C.A. No. 08-234-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

This _____ day of _____, 2008, the Court having considered the motion for the admission *pro hac vice* of Richard L. Stroup, Andrew C. Sonu, Parmanand K. Sharma, Walter D. Davis, Jr., Charles H. Suh, Sarah J. Sladic, Plymouth D. Nelson, and Minjae Kang to represent the plaintiffs in the above action; now therefore,

　　IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Chief Judge

{00214284;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                              Richard L. Stroup
                                              Finnegan, Henderson, Farabow,
                                                Garrett & Dunner, LLP
                                              901 New York Avenue, NW
                                              Washington, DC 20001-4413
                                              (202) 408-4000

Dated: 5/6/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Virginia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Andrew C. Sonu
Andrew C. Sonu
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Dated: 5/7/08

{00214324;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                      Parmanand K. Sharma
                                                     Finnegan, Henderson, Farabow,
                                                         Garrett & Dunner, LLP
                                                     901 New York Avenue, NW
                                                     Washington, DC 20001-4413
                                                     (202) 408-4000

Dated: 5/7/08

{00214324;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Walter D. Davis, Jr.
Walter D. Davis, Jr.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: 5/6/08

{00214324;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Virginia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                                  Charles H. Suh
                                                                  Finnegan, Henderson, Farabow,
                                                                     Garrett & Dunner, LLP
                                                                  11955 Freedom Drive
                                                                  Reston, VA 20190-5675
                                                                  (571) 203-2700

Dated: 5/7/08

{00214324;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Sarah J. Sladic
Sarah J. Sladic
Finnegan, Henderson, Farabow,
 Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: May 6, 2008

{00214324;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Minnesota, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Plymouth D. Nelson
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: May 6, 2008

{00214324;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Virginia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Minjae Kang
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Dated: May 6, 2008

{00214324;v1}