IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | C. A. No. 08-234 (GMS)<br><br>Jury Trial Demanded |
| WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION, and MAYTAG CORPORATION,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., and LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV,<br><br>Counterclaim Defendants. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Scott F. Partridge and Paul R. Morico to represent Defendant and Counterclaim Plaintiff Whirlpool Corporation and Counterclaim Plaintiffs Whirlpool Patents Company, Whirlpool Manufacturing Corporation and Maytag Corporation, in this matter.

*[signature]*

OF COUNSEL:  
Scott F. Partridge  
Paul R. Morico  
BAKER BOTTS L.L.P.  
One Shell Plaza  
910 Louisiana Street  
Houston, Texas 77002  
(713) 229-1569  
scott.partridge@bakerbotts.com  
paul.morico@bakerbotts.com  

Dated: May 9, 2008

Frederick L. Cottrell, III (#2555)  
Anne Shea Gaza (#4093)  
RICHARDS, LAYTON & FINGER, P.A.  
920 North King Street  
One Rodney Square  
Wilmington, DE 19801  
(302) 651-7700  
cottrell@rlf.com  
gaza@rlf.com  

*Attorneys For Defendant And Counterclaim Plaintiff Whirlpool Corporation And Counterclaim Plaintiffs Whirlpool Patents Company, Whirlpool Manufacturing Corporation And Maytag Corporation*

IT IS SO ORDERED this _____ day of _____, 2008.

_____  
Honorable Gregory M. Sleet, Chief Judge

RLF1-3281450-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_Scott J. Partridge / with permission (jr)_
Scott F. Partridge

Scott F. Partridge
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1569

Dated: _May 9, 2008_

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Paul R. Morico    5/9/2008

Paul R. Morico
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1569

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

I hereby certify that on May 9, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Richard L. Stroup
Andrew C. Sono
Parmanand K. Sharma
Walter D. Davis, Jr.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413


_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com