IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WHIRLPOOL CORPORATION, <br><br> Defendant. | C. A. No. 08-234 (GMS) <br><br> Jury Trial Demanded |
| WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION, and MAYTAG CORPORATION, <br><br> Counterclaim Plaintiffs, <br> v. <br><br> LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., and LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV, <br><br> Counterclaim Defendants. | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Whirlpool Corporation, Whirlpool Patents Company, Whirlpool Manufacturing Corporation, and Maytag Corporation (collectively, "Counterclaim Plaintiffs") and LG Electronics U.S.A., Inc., LG Electronics, Inc. and LG Electronics Monterrey Mexico, S.A., DE, CV (collectively, "Counterclaim Defendants"), through their respective counsel of record, and subject to the approval of the Court, that Counterclaim Defendants shall have an extension of time to and

including June 18, 2008, to answer or otherwise plead in response to the Counterclaims. Said extension is necessary for counsel to review the patents and claims asserted by Counterclaim Plaintiffs.

IT IS FURTHER STIPULATED AND AGREED by and between counsel that: On behalf of Counterclaim Defendant, LG Electronics Monterrey Mexico, S.A., DE, CV, ("LG Mexico"), the undersigned counsel accepts service of the Answer and Counterclaims on LG Mexico and waives formal service of the Answer and Counterclaims in this action on LG Mexico. LG Mexico consents to personal jurisdiction of this Court with respect to the Counterclaims for purposes of this action and stipulates that it will not be asserting in this action any defense of insufficiency of process, insufficiency of service of process, or lack of personal jurisdiction and will not file a motion on these grounds in lieu of answering the Counterclaims.

| | |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Anne Shea Gaza* |
| Steven J. Balick (#2114) | Frederick L. Cottrell, III (#2555) |
| John G. Day (#2403) | Anne Shea Gaza (#4093) |
| Tiffany Geyer Lydon (#3950) | RICHARDS, LAYTON & FINGER, P.A. |
| ASHBY & GEDDES | 920 North King Street |
| 500 Delaware Avenue, 8th Floor | One Rodney Square |
| P. O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 651-7700 |
| (302) 654-1888 | cottrell@rlf.com |
| sbalick@ashby-geddes.com | gaza@rlf.com |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | *Attorneys For Defendant and Counterclaim Plaintiff Whirlpool Corporation and* |
| *Attorneys for Plaintiffs and Counterclaim Defendants LG Electronics U.S.A., Inc. and LG Electronics, Inc. and Counterclaim Defendant LG Electronics Monterrey Mexico, S.A., DE, CV* | *Counterclaim Plaintiffs Whirlpool Patents Company, Whirlpool Manufacturing Corporation and Maytag Corporation* |

SO ORDERED this _____ day of May, 2008.

_____
Chief Judge

RLF1-3283068-1