IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC. and<br>LG ELECTRONICS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-234-GMS |
| WHIRLPOOL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Patrick J. Coyne, Jeffrey W. Abraham, K. Kevin Mun, and Hayley S. Weimer to

represent the plaintiffs in this matter.   Pursuant to this Court's Standing Order effective January

1, 2005, a check in the amount of $100.00 is being submitted to cover the annual fee for the

attorneys listed above.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

Dated: May 16, 2008

{00217351;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG ELECTRONICS U.S.A., INC. and )
LG ELECTRONICS, INC., )
          )   C.A. No. 08-234-GMS
      Plaintiffs, )
          )
     v. )
          )
WHIRLPOOL CORPORATION, )
          )
          )
      Defendant. )

## ORDER

This _____ day of _____, 2008, the Court having

considered the motion for the admission *pro hac vice* of Patrick J. Coyne, Jeffrey W. Abraham,

K. Kevin Mun, and Hayley S. Weimer to represent the plaintiffs in the above action; now

therefore,

    IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing

attorneys are admitted *pro hac vice*.

              _____

                 Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of The District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Patrick J. Coyne
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Dated: *May 14, 2008*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of The District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Jeffrey W. Abraham
Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413
(202) 408-4000

Dated: 5/16/08

{00216910;v1}

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I

am admitted, practicing, and in good standing as a member of the Bar of the State of Virginia,

and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for

any alleged misconduct which occurs in the preparation or course of this action. I also certify

that I am generally familiar with this Court's Local Rules. In accordance with the Standing

Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of

$25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Kevin Mun
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Dated: May 14, 2008

{00216910;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Virginia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Hayley S. Weimer
Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Dated: 5-14-08

{00216910;v1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2008, the attached **MOTION AND ORDER**

**FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at

the address and in the manner indicated:


Frederick L. Cottrell, III, Esquire                               HAND DELIVERY
Richards, Layton & Finger, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801

Scott F. Partridge, Esquire                                    VIA ELECTRONIC MAIL
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002


/s/ Tiffany Geyer Lydon
_____
Tiffany Geyer Lydon

{00215220;v1}