IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and<br>LG ELECTRONICS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　　　Defendant.<br>──────────────────────<br>WHIRLPOOL CORPORATION,<br>WHIRLPOOL PATENTS COMPANY,<br>WHIRLPOOL MANUFACTURING<br>CORPORATION, and MAYTAG<br>CORPORATION,<br><br>　　　　　　Counterclaim Plaintiffs,<br>　v.<br><br>LG ELECTRONICS U.S.A., INC.,<br>LG ELECTRONICS, INC., and LG<br>ELECTRONICS MONTERREY MEXICO,<br>S.A., DE, CV,<br><br>　　　　　　Counterclaim Defendants. | C. A. No. 08-234 (GMS)<br><br>Jury Trial Demanded |

**WHIRLPOOL'S ANSWERING BRIEF BY REFERENCE
IN OPPOSITION TO PLAINTIFFS' MOTION TO STAY
SELECTED PATENTS PURSUANT TO 28 U.S.C. § 1659**

Defendant and Counterclaim Plaintiff Whirlpool Corporation and Counterclaim Plaintiffs Whirlpool Patents Company, Whirlpool Manufacturing Corporation, and Maytag Corporation (collectively "Whirlpool") incorporate by reference, as if set forth herein in full, the arguments made by the Whirlpool Defendants in their Answering Brief In Opposition To Plaintiffs' Motion

To Stay filed in the related action, C.A. No. 08-332-UNA, as D.I. 28, and attached here as Exhibit A. Whirlpool does so for the purposes of judicial economy in light of the substantially similar motions filed in the related cases by the same Plaintiffs and with respect to the same patents.

For the reasons set forth in Defendants' Answering Brief In Opposition To Plaintiffs' Motion To Stay, Whirlpool respectfully requests the Court deny Plaintiffs' Motion To Stay all proceedings pertaining to United States Patent Nos. 6,810,680 ("the '680 patent") and 6,915,644 ("the '644 patent") or, in the alternative, should the Court determine that a stay is warranted, grant the stay also with respect to U.S. Patent No. 6,082,130 ("the '130 patent").

|  |  |
|---|---|
| OF COUNSEL:<br>Scott F. Partridge<br>Paul R. Morico<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002<br>(713) 229-1569<br>scott.partridge@bakerbotts.com<br>paul.morico@bakerbotts.com<br><br>Dated: June 5, 2008 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiff Whirlpool Corporation and Counterclaim Plaintiffs Whirlpool Patents Company, Whirlpool Manufacturing Corporation and Maytag Corporation* |

RLF1-3289964-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed the foregoing document and the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following who have also been served as noted:

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

Richard L. Stroup
Patrick J. Coyne
Anand K. Sharma
Andrew C. Sonu
Walter D. Davis, Jr.
Jeffrey W. Abraham
K. Kevin Mun
Hayley S. Weimer
Parmanand K. Sharma
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com