# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and<br>LG ELECTRONICS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 08-234 GMS<br>)<br>)<br>)<br>) |
| WHIRLPOOL CORPORATION,<br>WHIRLPOOL PATENTS COMPANY,<br>WHIRLPOOL MANUFACTURING CORPORATION<br>and MAYTAG CORPORATION,<br><br>　　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>LG ELECTRONICS U.S.A., INC.,<br>LG ELECTRONICS, INC. and<br>LG ELECTRONICS MONTERREY MEXICO<br>S.A., DE, CV,<br><br>　　　　　Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm of Ashby & Geddes hereby withdraws its

appearance and the law firm of Morris James LLP hereby enters its appearance as counsel to

Plaintiffs and Counterclaim Defendants in this action.

Dated: June 13, 2008

_____/s/ Steven J. Balick_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
Wilmington, DE  19801
(302) 654-1888
sbalick@ashby-geddes.com

_____/s/ Richard K. Herrmann_____

Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy A. Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com