**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.,<br>LG ELECTRONICS, INC., and<br>LG ELECTRONICS MONTERREY MEXICO,<br>S.A., de, C.V., | C.A. No. 08-234 (GMS) |
| Plaintiffs/Counterclaim Defendants, | Jury Trial Demanded |
| v. | |
| WHIRLPOOL CORPORATION,<br>WHIRLPOOL PATENTS COMPANY,<br>WHIRLPOOL MANUFACTURING CORPORATION,<br>and MAYTAG CORPORATION, | |
| Defendants/Counterclaim Plaintiffs. | |

**STIPULATION AND ORDER REGARDING
BENCH TRIAL AND POST-TRIAL BRIEFING**

Whereas, on March 11, 2010, the jury returned a verdict on the issues tried to the jury,

those issues being subject to post-trial motions practice.

Whereas before March 11, 2010, the Court concluded that disputed trial issues ("bench

trial issues") properly before the Court and not appropriate for submission to the jury would be

determined by the Court in response to briefs filed by the parties after the jury entered its verdict.

Whereas, LG has identified as bench trial issues prosecution history estoppel as to the

'130 patent and disclaimer as to the '130 and '601 patents, and Whirlpool has not identified any

bench trial issues.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties,

through their undersigned counsel, and subject to the approval of the Court, as follows:

1.      The parties shall file simultaneously their opening briefs, not to exceed 20 pages each, on

        bench trial issues not later than April 9, 2010, and shall file simultaneously their

responsive briefs on bench trial issues, not to exceed 10 pages each, not later than April 30, 2010.

2.  The parties shall file simultaneously their opening briefs, not to exceed 20 pages each, on any motions for judgment as a matter of law or motions for a new trial not later than April 9, 2010, and shall file simultaneously their responsive briefs, not to exceed 10 pages each, not later than April 30, 2010.

3.  This stipulation does not address any motions for a permanent injunction, post trial accounting, costs, and/or interest.  Except as expressly set forth in this Stipulation, this Stipulation shall be without prejudice to the respective rights of the parties, including any right to urge or to oppose that any issues or arguments submitted by a party on or in any of the above-referenced bench trial issues or post trial briefs are not properly before the Court and/or have been waived.

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Frederick L. Cottrell, III* |
| Richard K. Herrmann (#405) | Frederick L. Cottrell, III (#2555) |
| Mary B. Matterer (#2696) | Anne Shea Gaza (#4093) |
| MORRIS JAMES LLP | RICHARDS LAYTON & FINGER |
| 500 Delaware Avenue, Suite 1500 | One Rodney Square |
| Wilmington, Delaware 19801 | 920 North King Street |
| (302) 888-6800 | Wilmington, Delaware 19801 |
| rherrmann@morrisjames.com | (302) 651-7700 |
| mmatterer@morrisjames.com | cottrell@rlf.com |
| | gaza@rlf.com |
| Patrick J. Coyne | |
| Richard L. Stroup | Scott F. Partridge |
| Andrew C. Sonu | Paul R. Morico |
| Walter D. Davis, Jr. | BAKER BOTTS LLP |
| Jeffrey W. Abraham | One Shell Plaza |
| Hayley S. Weimer | 910 Louisiana Street |
| FINNEGAN, HENDERSON, FARABOW, | Houston, TX 77002-4995 |
| GARRETT & DUNNER, L.L.P. | (713) 229-1234 |
| 901 New York Avenue, N.W. | |
| Washington, D.C. 20001-4413 | *Attorneys for* |
| (202) 408-4000 | *Defendants/Counterclaim Plaintiffs* |
| | |
| *Attorneys for* | |
| *Plaintiffs/Counterclaim Defendants* | |

**ORDER**

      **SO ORDERED, this _____ day of _____, 2010.**

          _____

          **HONORABLE GREGORY M. SLEET**
          **U.S.D.C., CHIEF JUDGE**